IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DERRICK LAWAYNE DANIELS,    )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:23cv517-MHT
                            )           (WO)
CAPTAIN LASTER, et al.,     )
                            )
     Defendants.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that, while at Ventress Correctional Facility, correctional officials failed to protect him from assault and subjected him to excessive force, and that he received insufficient and inappropriate medical treatment after being stabbed. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of March, 2024.

>   /s/ Myron H. Thompson
> **UNITED STATES DISTRICT JUDGE**