IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DERRICK LAWAYNE DANIELS,      )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>CAPTAIN LASTER, et al.,       )<br>                              )<br>     Defendants.              ) | CIVIL ACTION NO.<br>2:23cv517-MHT<br>(WO) |

## ORDER

It is ORDERED that plaintiff's motion for leave to appeal in forma pauperis (Doc. 16) is denied for the following reasons.

First, the judgment was entered on March 13, 2024. Plaintiff has not filed a notice of appeal. Under Rule 4 of the Federal Rules of Appellate Procedure, a notice of appeal "must be filed with the district clerk within 30 days after entry of the judgment or order appealed from." Because he has not filed a notice of appeal and it is too late to do so now, plaintiff's motion for leave to appeal in forma pauperis is moot.

**Moreover, plaintiff has not signed his motion and affidavit in support of the motion or had it notarized.**

**DONE, this the 3rd day of December, 2024.**

                                          /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**